**STATE**

v.

**John J. SNELL.**

**No. 82–308–A.**

Supreme Court of Rhode Island.

March 31, 1983.

Dennis J. Roberts II, Atty. Gen., Eileen G. Cooney, Sp. Asst. Atty. Gen., for petitioner.

Richard A. Skolnik, Providence, for respondent.

## ORDER

The employee's motion to affirm the decree of the Appellate Commission pursuant to Rule 16(g) is granted.